Commonwealth ex rel. Campbell, Appellant, *v.* Russell.

Argued November 15, 1965. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Martin Vinikoor,* with him *Stanford Schmukler,* and *Vinikoor, Fein, Criden and Johanson,* for appellants.

*Daniel W. Shoemaker,* District Attorney, for appellees.

OPINION BY MR. JUSTICE EAGEN, January 4, 1966:

This is a companion case of *Commonwealth ex rel. Ensor v. Cummings,* 420 Pa. 23, 215 A. 2d 651 (1966),

and the same issues are involved.

The order of the lower court is reversed, and the record remanded with directions to issue the writ and order a new trial.

Mr. Justice COHEN dissents.